Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Gary Ross Fleming** | : | Case No. 14–70764–JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| Bank of America,N.A./Bank of NY Mellon, et al. | : | |
| *Movant,* | : | |
| | : | Related to Claim No. 2 |
| v. | : | |
| Gary Ross Fleming | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

      **AND NOW**, this **2nd day of August, 2016,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***Bank of America,N.A./Bank of NY Mellon, et al.*** at Claim No. 2 in the above−captioned bankruptcy case,

      It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)   an ***AMENDED CHAPTER 13 PLAN;***

    (2)   a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)   an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      ***The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.*** **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

                            Jeffery A. Deller
                              United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 14-70764-JAD
Gary Ross Fleming                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: culy              Page 1 of 1              Date Rcvd: Aug 02, 2016
                              Form ID: 237            Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2016.
```
db          +Gary Ross Fleming,    1108 Fleming Road,    Indiana, PA 15701-7856
cr          +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
            +Bank of America, N.A.,    16001 N. Dallas Pkwy.,    Addison, TX 75001-3311
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2016 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
           Fannie Mae, as owner and holder of account/contract agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et al. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Joseph P. Schalk    on behalf of Creditor    The Bank of New F/K/A The Bank of New York et. al.
           pawb@fedphe.com,   joseph.schalk@phelanhallinan.com
          Joseph P. Schalk    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et al. pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Mario J. Hanyon    on behalf of Creditor    THE BANK OF NEW F/K/A THE BANK OF NEW YORK SUCCESSOR
           INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A., AS
           INDENTURE TRUSTEE FOR CWABS MASTER TRUST, REVOLVING HOME E pawb@fedphe.com
          Martin C. Bryce, Jr.    on behalf of Defendant    Bank of America, NA Bryce@ballardspahr.com
          Martin C. Bryce, Jr.    on behalf of Creditor    BANK OF AMERICA, N.A. Bryce@ballardspahr.com
          Michael N. Vaporis    on behalf of Plaintiff Gary Ross Fleming mvaporis@comcast.net,
           jlcerovich@comcast.net
          Michael N. Vaporis    on behalf of Debtor Gary Ross Fleming mvaporis@comcast.net,
           jlcerovich@comcast.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 12
```