UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Gary Ross Fleming, | : | Case No. 14-70764-JAD |
| Debtor | : | |
| | : | Chapter 13 |
| Bank of America, NA, | : | |
| Movant | : | Related to Document No. 158 |
| v. | : | |
| | : | Document No. |
| Gary Ross Fleming and Ronda J. | : | |
| Winnecour, Esq., Trustee, | : | |
| Respondents | : | |

## DECLARATION

Now comes Gary Ross Fleming, by and through his attorneys, and pursuant to the Order of this Court dated October 4, 2016, makes this Declaration.

The existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt.

Respectfully submitted,

/s/Michael N. Vaporis
Michael N. Vaporis (46333)
Katrina M. Kayden (204563)
Law Offices of Michael N. Vaporis
26 South Sixth Street
Indiana, Pennsylvania 15701
(724) 465-5653
Attorney for Debtor/Respondent
Gary Ross Fleming