**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
GARY ROSS FLEMING                                          Case No. 14-70764JAD

    Debtor(s)
RONDA J. WINNECOUR,                                        Chapter 13
Standing Chapter 13 Trustee,

    Movant                             Document No __
  vs.
FANNIE MAE

    Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been assigned to . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.
> LOAN HAS BEEN SERVICE RELEASED TO RUSHMORE LOAN MANAGEMENT SERVICING.

FANNIE MAE                                                 Court claim# 1-2/Trustee CID# 3
C/O GREEN TREE SERVICING LLC
PO BOX 0049
PALATINE, IL 60055-0049

The Movant further certifies that on 11/14/2016 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

DEBTOR(S):
GARY ROSS FLEMING, 1108 FLEMING ROAD, INDIANA, PA  15701

DEBTOR'S COUNSEL:
MICHAEL N VAPORIS ESQ, 26 SOUTH SIXTH ST, INDIANA, PA  15701

ORIGINAL CREDITOR'S COUNSEL:
GREEN TREE SERVICING LLC, STE L800, 345 ST PETER ST, 300 LANDMARK TOWERS, SAINT PAUL, MN  55102

ORIGINAL CREDITOR:
FANNIE MAE, C/O GREEN TREE SERVICING LLC, PO BOX 0049, PALATINE, IL  60055-0049

:
RUSHMORE LOAN MANAGEMENT SVCS LLC, PO BOX 514707, LOS ANGELES, CA  90051

NEW CREDITOR: