Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Gary Ross Fleming** | : | Case No. 14−70764−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| The Bank of America, N.A./The Bank of New York Mellon, et al. | : | |
| *Movant,* | : | Related to Claim No. 2 |
| | : | |
| v. | : | |
| Gary Ross Fleming | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

      **AND NOW**, this **4th day of January, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *The Bank of America, N.A./The Bank of New York Mellon, et al.* at Claim No. 20 in the above−captioned bankruptcy case,

      It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an *AMENDED CHAPTER 13 PLAN;*

    (2)    a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

      *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Jeffery A. Deller  
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-70764-JAD
Gary Ross Fleming                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: culy            Page 1 of 1            Date Rcvd: Jan 04, 2017
                              Form ID: 237          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2017.
db         +Gary Ross Fleming,    1108 Fleming Road,    Indiana, PA 15701-7856
cr         +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
               Fannie Mae, as owner and holder of account/contract agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et al. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Joseph P. Schalk    on behalf of Creditor    The Bank of New F/K/A The Bank of New York et. al.
               pawb@fedphe.com,    joseph.schalk@phelanhallinan.com
              Joseph P. Schalk    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et al. pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
              Mario J. Hanyon    on behalf of Creditor    THE BANK OF NEW F/K/A THE BANK OF NEW YORK SUCCESSOR
                INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A., AS
                INDENTURE TRUSTEE FOR CWABS MASTER TRUST, REVOLVING HOME E pawb@fedphe.com
              Martin C. Bryce, Jr.    on behalf of Defendant    Bank of America, NA Bryce@ballardspahr.com
              Martin C. Bryce, Jr.    on behalf of Creditor    BANK OF AMERICA, N.A. Bryce@ballardspahr.com
              Michael N. Vaporis    on behalf of Plaintiff Gary Ross Fleming mvaporis@comcast.net,
               jlcerovich@comcast.net
              Michael N. Vaporis    on behalf of Debtor Gary Ross Fleming mvaporis@comcast.net,
               jlcerovich@comcast.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 14