**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　GARY ROSS FLEMING<br><br>　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　Movant<br>　　vs.<br>GARY ROSS FLEMING<br><br><br>　　　Respondents | Bankruptcy No.14-70764-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 173 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

　　AND NOW, this 13th day of January, 2017, it iss hereby ORDERED, ADJUDGED and DECREED that,

Wal-Mart Stores Inc*<br>
Attn: Payroll Manager<br>
Pob 82*<br>
Bentonville,AR 72712-

is hereby ordered to immediately terminate the attachment of the wages of GARY ROSS FLEMING, social security number XXX-XX-8050. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of GARY ROSS FLEMING.

BY THE COURT:<br><br>
_____  mas<br>
JEFFERY A. DELLER<br>
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　Debtor(s) Attorney
　Debtor(s) Employer

FILED
1/13/17 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-70764-JAD
Gary Ross Fleming                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: msch    Page 1 of 1    Date Rcvd: Jan 13, 2017
                         Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.
db              +Gary Ross Fleming,    1108 Fleming Road,    Indiana, PA 15701-7856
                +Wal-Mart Stores, Inc.,    Attn: Payroll Manager,    P.O. Box 82,    Bentonville, AR 72712-0082

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2017 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for Fannie Mae, as owner and holder of account/contract agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Andrew F Gornall    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et al. pawb@fedphe.com,
       james.prostko@phelanhallinan.com
      Joseph P. Schalk    on behalf of Creditor    The Bank of New F/K/A The Bank of New York et. al.
       pawb@fedphe.com,    joseph.schalk@phelanhallinan.com
      Joseph P. Schalk    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et al. pawb@fedphe.com,
       joseph.schalk@phelanhallinan.com
      Joshua I. Goldman    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
      Mario J. Hanyon    on behalf of Creditor    THE BANK OF NEW F/K/A THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A., AS INDENTURE TRUSTEE FOR CWABS MASTER TRUST, REVOLVING HOME E pawb@fedphe.com
      Martin C. Bryce, Jr.    on behalf of Defendant    Bank of America, NA Bryce@ballardspahr.com
      Martin C. Bryce, Jr.    on behalf of Creditor    BANK OF AMERICA, N.A. Bryce@ballardspahr.com
      Michael N. Vaporis    on behalf of Plaintiff Gary Ross Fleming mvaporis@comcast.net,
       jlcerovich@comcast.net
      Michael N. Vaporis    on behalf of Debtor Gary Ross Fleming mvaporis@comcast.net,
       jlcerovich@comcast.net
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                            TOTAL: 14