SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1.  *Intake Clerk* *

       2.  *Case Administrator*



FROM:    *Financial Administrator*

DATE: 2/13/2017

CASE NAME: Fleming

CASE NUMBER: 14-70764-JAD

Check Number 1026779 in the amount of $ 4,755.95 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 12391        Intake Clerk's Initials LF

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
02/09/2017

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: GARY ROSS FLEMING

Case No: 14-70764JAD

Dear Mr. Rhodes:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Fannie Mae
C/O Green Tree Servicing Llc
Po Box 0049
Palatine, IL 60055-0049

CHECK NUMBER 1026779      AMOUNT $4755.95

The disbursement(s) was returned to the Trustee for the following reason:

NO PROOF OF ASSIGNMENT FILED

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: MICHAEL N VAPORIS ESQ
GARY ROSS FLEMING

Fannie Mae