IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>GARY ROSS FLEMING,<br><br>   Debtor.<br><br>GREEN TREE SERVICING, LLC,<br><br>   Movant,<br><br>NO RESPONDENT,<br><br>   Respondent | Bankruptcy No.: 14-70764<br><br>Chapter 13<br><br>Related to Claim No. 1-1 and Notice of Mortgage Payment Change under Claim No. 1-2 |

### CERTIFICATE OF SERVICE OF TEXT ORDER GRANTING REQUEST TO RESTRICT PUBLIC ACCESS TO PROOF OF CLAIM AND NOTICE OF MORTGAGE PAYMENT CHANGE

     I certify under penalty of perjury that I served the above captioned pleadings at the addresses specified below on February 24, 2017. The Text Order states:

     The creditor's Request to Restrict Public Access to Claim #1-1 and Notice of Mortgage Payment Change filed on 2/25/2016, filed at [183], is HEREBY GRANTED. The creditor shall serve this Order on the debtor and all persons whose personal identifiers have been redacted. This text-only entry constitutes the Court's Order and notice on this matter pursuant to W.PA.LBR 5005-11(c). Judge Deller. Signed on 2/24/2017. (RE: related document(s): [183] Request to Restrict Public Access to Claim - PAWB Form 37, Request to Restrict Public Access to Document - PAWB Form 38).

     The types of service made on the parties were:

By First-Class Mail:

Gary Ross Fleming
1108 Fleming Road
Indiana, PA 15701

and:

By Electronic Notification:

| | |
|---|---|
| Michael N. Vaporis, Esq. | mvaporis@comcast.net |
| Ronda J. Winnecour, Ch. 13 Trustee | cmecf@chapter13trusteewdpa.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

/s/ Peter J Ashcroft, Esq.
PA I.D. # 87317
pashcroft@bernsteinlaw.com
Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8107
Fax: (412) 456-8135

Counsel for Green Tree Servicing, LLC