IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 14-70764-JAD |
|     Gary Ross Fleming, | : | |
|         Debtor(s) | : | |
| Gary Ross Fleming, | : | Chapter 13 |
| Trustee, or Debtors(s), Movant | : | |
| | : | |
|         v. | : | |
| No Respondents, | : | |
| Respondents | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On 12/23/2014, at docket number 22, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: 2/28/2017                By: /s/Michael N Vaporis
                                    Signature
                                    Michael N Vaporis
                                    Name of Filer - Typed
                                    26 South 6th St., Indiana, PA 15701
                                    Address of Filer
                                    mvaporis@comcast.net
                                    Email Address of Filer
                                    724-465-5653
                                    Phone Number of Filer
                                    46333 PA
                                    Bar I.D. and State of Admission

PAWB Local Form 24 (07/13)