**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Gary Ross Fleming**
 Debtor(s)

Bankruptcy Case No.: 14−70764−JAD
Doc. No. 188
Chapter: 13
Docket No.: 189 − 188

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this 27th day of February, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/28/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/7/17 at 10:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/28/17.**

                                                               Jeffery A. Deller
                                                               United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-70764-JAD
Gary Ross Fleming                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch            Page 1 of 2           Date Rcvd: Feb 27, 2017
                              Form ID: 408          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
db         +Gary Ross Fleming,    1108 Fleming Road,   Indiana, PA 15701-7856
cr         +BANK OF AMERICA, N.A.,    2380 Performance Dr.,   Richardson, TX 75082-4333
13947059    Bank of America, N.A.,    Home Mortgage Dept.,   PO Box 5170,    Simi Valley, CA 93062-5170
13947060    Green Tree Servicing LLC,    345 St. Peter St.,   1100 Landmark Towers,    St. Paul, MN 55102
13953553   +KML Law Group,   Jennifer Frechie, Esquire,    Suite 5000 - BNY Indepence Ctr.,    701 Market St.,
             Philadlephia, PA 19106-1538
13953555   +S&T Bank,   PO Box 190,   Indiana, PA 15701-0190
14012447   +The Bank of New York Mellon, Et Al,    Bank of America, N.A.,    7105 Corporate Drive,,
             Plano, TX 75024-4100
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: bankruptcy.bnc@ditech.com Feb 28 2017 02:48:43     Ditech Financial LLC,
             PO Box 0049,   Palatine, IL 60055-0001
14008363    E-mail/Text: bankruptcy.bnc@ditech.com Feb 28 2017 02:48:43     Green Tree Servicing LLC,
             PO BOX 6154,   Rapid City, SD 57709-6154,   Telephone # 888-298-7785
                                                                                             TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          GREEN TREE SERVICING LLC
cr          Green Tree Servicing LLC, as authorized servicer f
cr          THE BANK OF NEW F/K/A THE BANK OF NEW YORK SUCCESS
cr          THE BANK OF NEW YORK MELLON Et al.
cr          The Bank of New F/K/A The Bank of New York et. al.
13953550*   Bank of America, N.A.,    Home Mortgage Dept.,   PO Box 5170,    Simi Valley, CA 93062-5170
13953551*   Bank of America, N.A.,    Home Mortgage Dept.,   PO Box 5170,    Simi Valley, CA 93062-5170
13953552*   Green Tree Servicing LLC,    345 St. Peter St.,   1100 Landmark Towers,    St. Paul, MN 55102
13953554    ##+LVNV Funding LLC,   c/o Edwin A Abrahamsen & Assoc.,    120 North Keyser Ave.,
             Scranton, PA 18504-9701
                                                                                  TOTALS: 5, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
           Fannie Mae, as owner and holder of account/contract agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et al. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Joseph P. Schalk    on behalf of Creditor    The Bank of New F/K/A The Bank of New York et. al.
           pawb@fedphe.com,    joseph.schalk@phelanhallinan.com
          Joseph P. Schalk    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et al. pawb@fedphe.com,
           joseph.schalk@phelanhallinan.com
          Joshua I. Goldman    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
          Mario J. Hanyon    on behalf of Creditor    THE BANK OF NEW F/K/A THE BANK OF NEW YORK SUCCESSOR
           INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A., AS
           INDENTURE TRUSTEE FOR CWABS MASTER TRUST, REVOLVING HOME E pawb@fedphe.com

```
District/off: 0315-7          User: msch              Page 2 of 2           Date Rcvd: Feb 27, 2017
                              Form ID: 408            Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Martin C. Bryce, Jr.    on behalf of Defendant    Bank of America, NA Bryce@ballardspahr.com
        Martin C. Bryce, Jr.    on behalf of Creditor    BANK OF AMERICA, N.A. Bryce@ballardspahr.com
        Michael N. Vaporis    on behalf of Debtor Gary Ross Fleming mvaporis@comcast.net, jlcerovich@comcast.net
        Michael N. Vaporis    on behalf of Plaintiff Gary Ross Fleming mvaporis@comcast.net, jlcerovich@comcast.net
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    GREEN TREE SERVICING LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        TOTAL: 15