**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>GARY ROSS FLEMING<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Bankruptcy No. 14-70764-JAD<br><br>Chapter 13<br><br>Related To Doc. No.188 |

**ORDER OF COURT**

AND NOW, this **29th** day of **March**, 2017, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2) The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
3/29/17 12:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
JEFFERY A. DELLER
CHIEF U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 14-70764-JAD
Gary Ross Fleming                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: culy          Page 1 of 2          Date Rcvd: Mar 29, 2017
                         Form ID: pdf900    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
```
db             +Gary Ross Fleming,    1108 Fleming Road,    Indiana, PA 15701-7856
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
13947059        Bank of America, N.A.,    Home Mortgage Dept.,    PO Box 5170,    Simi Valley, CA 93062-5170
13947060        Green Tree Servicing LLC,    345 St. Peter St.,    1100 Landmark Towers,    St. Paul, MN 55102
13953553       +KML Law Group,    Jennifer Frechie, Esquire,    Suite 5000 - BNY Indepence Ctr.,    701 Market St.,
                 Philadlephia, PA 19106-1538
13953555       +S&T Bank,    PO Box 190,    Indiana, PA 15701-0190
14012447       +The Bank of New York Mellon, Et Al,    Bank of America, N.A.,    7105 Corporate Drive,,
                 Plano, TX 75024-4100
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Mar 30 2017 01:47:55     Ditech Financial LLC,
                 PO Box 0049,   Palatine, IL 60055-0001
14008363        E-mail/Text: bankruptcy.bnc@ditech.com Mar 30 2017 01:47:55     Green Tree Servicing LLC,
                 PO BOX 6154,   Rapid City, SD 57709-6154,    Telephone # 888-298-7785
                                                                                              TOTAL: 2
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GREEN TREE SERVICING LLC
cr              Green Tree Servicing LLC, as authorized servicer f
cr              THE BANK OF NEW F/K/A THE BANK OF NEW YORK SUCCESS
cr              THE BANK OF NEW YORK MELLON Et al.
cr              The Bank of New F/K/A The Bank of New York et. al.
13953550*       Bank of America, N.A.,    Home Mortgage Dept.,    PO Box 5170,    Simi Valley, CA 93062-5170
13953551*       Bank of America, N.A.,    Home Mortgage Dept.,    PO Box 5170,    Simi Valley, CA 93062-5170
13953552*       Green Tree Servicing LLC,    345 St. Peter St.,    1100 Landmark Towers,    St. Paul, MN 55102
13953554       ##+LVNV Funding LLC,    c/o Edwin A Abrahamsen & Assoc.,    120 North Keyser Ave.,
                 Scranton, PA 18504-9701
                                                                                  TOTALS: 5, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
               Fannie Mae, as owner and holder of account/contract agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    GREEN TREE SERVICING LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et al. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Joseph P. Schalk    on behalf of Creditor    The Bank of New F/K/A The Bank of New York et. al.
               pawb@fedphe.com,    joseph.schalk@phelanhallinan.com
              Joseph P. Schalk    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et al. pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Joshua I. Goldman    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
              Mario J. Hanyon    on behalf of Creditor    THE BANK OF NEW F/K/A THE BANK OF NEW YORK SUCCESSOR
               INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A., AS
               INDENTURE TRUSTEE FOR CWABS MASTER TRUST, REVOLVING HOME E pawb@fedphe.com
```

```
District/off: 0315-7           User: culy              Page 2 of 2               Date Rcvd: Mar 29, 2017
                               Form ID: pdf900         Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Martin C. Bryce, Jr.    on behalf of Defendant    Bank of America, NA Bryce@ballardspahr.com
        Martin C. Bryce, Jr.    on behalf of Creditor    BANK OF AMERICA, N.A. Bryce@ballardspahr.com
        Michael N. Vaporis    on behalf of Debtor Gary Ross Fleming mvaporis@comcast.net, jlcerovich@comcast.net
        Michael N. Vaporis    on behalf of Plaintiff Gary Ross Fleming mvaporis@comcast.net, jlcerovich@comcast.net
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    GREEN TREE SERVICING LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

TOTAL: 15