UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY ROSS FLEMING, | * | Case No. 14-70764-JAD |
| Debtor | * | |
| v. | * | |
| | * | |
| GARY ROSS FLEMING, | * | |
| Movant | * | Chapter 13 |
| v | * | |
| | * | |
| BANK OF NEW YORK MELLON, | * | |
| f/k/a The Bank of New York, | * | Doc. No. |
| Respondent | * | |
| | * | |

*NOTICE OF HEARING WITH RESPONSE DEADLINE*

TO THE RESPONDENT(S):

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than, May 17, 2017 i.e., more than seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and the procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on June 30, 2017, at 10:00 A.M. before Judge Jeffrey A. Deller in Court Room B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901.* Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: April 19, 2017

                                          Respectfully submitted,

                                          /s/Michael N. Vaporis_____
                                          Michael N. Vaporis (46333)
                                          Katrina M. Kayden (204563)
                                          Allison B. Gordon (321059)
                                          Law Offices of Michael N. Vaporis
                                          26 South Sixth Street
                                          Indiana, Pennsylvania 15701
                                          (724) 465-5653
                                          Attorney for Debtor/Movant

**\*NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom in Pittsburgh, Pennsylvania. Attorneys may appear at either Courtroom B in Johnstown, or Courtroom D in Pittsburgh.**