PAWB FORM 7  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Gary Ross Fleming, | : | Bankruptcy No. 14-70764-JAD |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Gary Ross Fleming, | : | Related to Document No. |
| Movant | : | |
| v. | : | Hearing Date and Time: |
| Bank of New York Mellon, f/k/s The Bank of New York, | : | June 20, 2017 @ 10:00 a.m. |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF:**

___Motion for an Order of Contempt and Notice of Hearing with Response Deadline_____

_____
**(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below ~~or on the attached list~~ on (date) ___5/1/2017_____.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: ___first-class mail and electronic notification_____.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: 5/1/2017

By: /s/Jennifer Cerovich
Jennifer Cerovich, Secretary to:
Michael N. Vaporis (PA 46333)
26 South Sixth Street
Indiana, Pennsylvania 15701
Phone: (724) 465-5653

Service by first-class mail:
Bank of New York Mellon, c/o Paul Cressman, Esquire, Phelan, Hallinan, Diamond & Jones, 1617 JFK Blvd #1400, One Penn Center Plaza, Philadelphia, PA 19103

Service by electronic notification:
Office of the United States Trustee - ustpregion08.pi.ecf@usdog.gov
Ronda J. Winnecour - cmecf@chapter13trusteewdpa.com