UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY ROSS FLEMING, | * | Case No. 14-70764-JAD |
|     Debtor | * | |
| v. | * | |
| | * | |
| GARY ROSS FLEMING, | * | |
|     Movant | * | Chapter 13 |
| v | * | |
| | * | |
| BANK OF NEW YORK MELLON, | * | |
| f/k/a The Bank of New York, | * | Doc. No. |
|     Respondent | * | |
| | * | |

## ORDER OF DISMISSAL

AND now, this _____ day of _____, 2017, pursuant and agreement between the parties, the mortgage having been satisfied, and the Respondent agreeing to pay the attorney fees of the Movant for this matter, the Movant's motion is dismissed.

BY THE COURT:

_____
Jeffery A. Deller
Chief Bankruptcy Judge