UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### Conciliation Conference:

| | |
|---|---|
| Debtor: | GARY ROSS FLEMING |
| Case Number: | 14-70764-JAD    Chapter: 13 |
| Date / Time / Room: | FRIDAY, JUNE 30, 2017 10:00 AM    COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

### Matter:

Motion For An Order Of Contempt Against Bank of New York Mellon, f/k/a The Bank of New York - No Response Filed  [Due 5/17/2017]

R / M #:  195 / 0

### Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR:  MICHAEL N. VAPORIS, ESQUIRE
CREDITOR: JOSEPH P. SCHALK, ESQUIRE for BNY MELLON

### Proceedings:

___ Motion is GRANTED / DENIED  / Consent order
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order -  NONJURY   /   JURY
    _____ Simple / Pretrial Order - NONJURY   /   JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Consent Order entered 6/30/2017 Dismissing Debtor's Motion**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
7/3/17 11:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA