# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |
|---|---|
| **Debtor:** | GARY ROSS FLEMING |
| **Case Number:** | 14-70764-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | FRIDAY, JUNE 30, 2017 10:00 AM   COURTROOM B |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## Matter:

Motion For An Order Of Contempt filed by Debtor [v. Bank of New York Mellon, f/k/a The Bank of New York] - No Response Filed [Due 5/22/2017]
R / M #: 199 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR:  MICHAEL N. VAPORIS, ESQUIRE
CREDITOR:

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
   _____ For At Least _____ Days (Court To Issue Scheduling Order)
   _____ To Hearing Date Of _____ at _____ AM/PM at
   _____
   _____ To Conciliation Conference For _____ at
   _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
   _____ Evidentiary Hearing On Value And Cram-Down Interest
   _____ Complex / Pretrial Order -  NONJURY  /  JURY
   _____ Simple / Pretrial Order - NONJURY  /  JURY
   _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Consent Order entered 6/30/2017 Dismissing
Debtor's Motion**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
7/3/17 12:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA