IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 14-70764 JAD |
|     Gary Ross Fleming | : Chapter 13 |
|                   Debtor | : |
| | : |
| MTGLQ Investors, L.P. | : |
| | : |
|                   Movant | : |
| | : |
|     vs. | : |
| | : |
| Gary Ross Fleming | : |
| | : |
|                   Debtor/Respondent | : |
| | : |
|     and | : |
| | : |
| Ronda J. Winnecour, Esquire | : |
|                   Trustee/Respondent | : |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO RELEASE UNCLAIMED FUNDS

TO THE RESPONDENTS:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than July 30, 2017, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.paeb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

 A hearing will be held on August 25, 2017 at 10:00 AM before Judge Jeffery A. Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901. Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service: July 13, 2017

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121